IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE CROSS,** | CIV- F-07-1518  AWI GSA |
| Plaintiff, | **ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| **640 ALVARADO, LLC, et al.,** | |
| **Defendants**. | |

On February 25, 2008, a stipulation for dismissal of this action with prejudice under Rule 41(a) was filed.

Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Dismissals under Rule 41(a)(1) are effective upon filing and no court order is required.  See Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984).  The "640" Defendants have answered and agreed to dismissal of the entire action, and Defendant Starwood Hotel has not filed an answer or motion

for summary judgment.  Accordingly, the stipulation of dismissal filed by Plaintiff is effective and terminates this entire action without need for further Court order.

      Therefore, IT IS HEREBY ORDERED that the Clerk close this case in light of the filed Rule 41(a)(1) Stipulation For Dismissal with prejudice.

IT IS SO ORDERED.

**Dated:    February 26, 2008**                **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE